**No. 09-9815. Ray Hunter Sutton, Jr., Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3539.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 780.

**No. 09-9816. Juan David Segura-Lopez, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2391, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3657.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 557.

**No. 09-9817. Alejandro Jimenez-Perez, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3575.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 356.

**No. 09-9818. Armando Henao-Melo, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3538.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 591 F.3d 798.

**No. 09-9823. Anthony A. Thomas, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3593.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 829.

**No. 09-9824. Astolfo Torres, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3584.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9825. Jorge Hernandez Lopez, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3543.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 511.

**No. 09-9826. Shawntrail J. Lee, Petitioner v. United States.**

559 U.S. 1100, 130 S. Ct. 2392, 176 L. Ed. 2d 782, 2010 U.S. LEXIS 3640.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 859.